IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00526-AP

LINDA K. BAIN,

    Plaintiff,

  v.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

    Defendant.

_____

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**
_____

## 1. APPEARANCES OF COUNSEL AND PRO SE PARTIES

| For Plaintiff: | For Defendant: |
|---|---|
| KATHRYN A. HALL<br>Law Office of Kathryn Hall<br>8910 Ralston Rd., Suite 203<br>Arvada, CO 80002<br>Telephone: (303) 456-5928<br>Facsimile: (303) 456-5410<br>Kathrynhall@qwestoffice.net | TROY A. EID<br>United States Attorney<br><br>KEVIN TRASKOS<br>Assistant U.S. Attorney<br>Deputy Chief, Civil Division<br>United States Attorney's Office<br>1225 17th Street, Suite 700<br>Denver, CO 80202<br>Telephone: (303) 454-0184<br>Facsimile: (303) 454-0400<br>Kevin.Traskos@usdoj.gov |

**2. STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

**3. DATES OF FILING OF RELEVANT PLEADINGS**

**A. Date Complaint Was Filed:** March 13, 2008
**B. Date Complaint Was Served on U.S. Attorney's Office:** March 26, 2008
**C. Date Answer and Administrative Record Were Filed:** May 27, 2008 (Answer) and May 30, 2008 (Administrative Record)

**4. STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

The Administrative Record appears to be complete and accurate.

**5. STATEMENT REGARDING ADDITIONAL EVIDENCE**

The parties do not anticipate submitting additional evidence.

**6. STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

The parties do not foresee offering any unusual claims or defenses in this case.

**7. OTHER MATTERS**

The parties are not aware of any other matters at this time.

**8. BRIEFING SCHEDULE**

Counsel for both parties agree to the following proposed briefing schedule:

**A. Plaintiff's Opening Brief Due:** July 25, 2008
**B. Defendant's Response Brief Due:** August 22, 2008
**C. Plaintiffs Reply Brief (If Any) Due:** September 5, 2008

## 9. STATEMENTS REGARDING ORAL ARGUMENT

**A. Plaintiff's Statement:**
Plaintiff does not request oral argument.

**B. Defendant's Statement:**
Defendant does not request oral argument

## 10. CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE

A.  (X)  All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.
B.  ()  All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.

## 11. OTHER MATTERS

The parties filing motions for extension of time or continuances must comply with D.C.Colo.LCivR. 7.1(c) by submitting proof that a copy of the motion has been served upon the moving attorney's client, all attorneys of record, and all *pro se* parties.

## 12. AMENDMENTS TO JOINT CASE MANAGEMENT PLAN

The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of good cause.

DATED this 16th day of June, 2008.

BY THE COURT:

*S/John L. Kane*
U.S. DISTRICT COURT JUDGE

APPROVED:

| For Plaintiff: | For Defendant: |
|---|---|
| LAW OFFICE OF KATHRYN HALL | TROY A. EID |
| | United States Attorney |
| *s/Kathryn A. Hall* | *s/ Kevin Traskos* |
| KATHRYN A. HALL | KEVIN TRASKOS |
| Law Office of Kathryn Hall | Assistant U.S. Attorney |
| 8910 Ralston Rd., Suite 203 | Deputy Chief, Civil Division |
| Arvada, CO 80002 | United States Attorney's Office |
| Telephone: (303) 456-5928 | 1225 17th Street, Suite 700 |
| Facsimile: (303) 456-5410 | Denver, CO 80202 |
| Kathrynhall@qwestoffice.net | Telephone: (303) 454-0100 |
| | Facsimile: (303) 54-0404 |
| | Kevin.Traskos@usdoj.gov |